**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| REX THROOP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FINANCIAL CREDIT SERVICE INC., | ) |
| doing business as ARA INC., | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT**

**INTRODUCTION**

1. Rex Throop seeks redress from the illegal collection practices of Financial Credit Service Inc. (doing business as ARA Inc.), which violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

**JURISDICTION AND VENUE**

2. Jurisdiction exists under 15 U.S.C. §1692k and 28 U.S.C. §§1331 and 1337.

3. Because defendant is located in here, venue and personal jurisdiction are proper.

**PARTIES**

4. Rex Throop lives in Vestaburg, Michigan.

5. Financial Credit Service Inc., an Illinois corporation, is located at 1919 South Highland, Suite 225A, Lombard IL 60148. Its registered agent is Mario Bianchi, at that address.

6. Financial Credit Service uses the mail, and wire services, to collect on consumer debts that were originally owed to others. It maintains a post office box in this District (P.O. Box 5002, Villa Park IL 60181) for that purpose, and sends form collection letters using that post office box at its return address. It is therefore a debt collector, under 15 U.S.C. §1692a.

**FACTS**

7. Financial Credit Service sought to collect from Throop an alleged credit card debt – incurred, if at all, for personal, family or household purposes – by sending him Exhibit A.

8 Exhibit A is a printed form letter, prepared in a standard manner. It has coded

1

addresses and return addresses, used in order to qualify for a discounted, bulk mail postage rate.

9. In particular, the letter has the form, coded address block on the letter itself, so that the address would show through a "window envelope." Exhibit A was, in fact, sent to Throop in such a "window envelope."

10. Exhibit A revealed the account number that Financial Credit Service assigned to Throop. As shown on Exhibit A (which redacts the account numbers), the "ARA File #" beginning with 134- (found in the middle of the letter) also appears in the address block, so that it would be visible through the window of the envelope in which it was sent.

11. The display of the account number through the window of an envelope was an unfair debt collection practice under 15 U.S.C. §1692f(8), which provides as follows:

> **A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section....**
>
> **(8) Using any language or symbol, other than the debt collector's address, on any envelope when communicating with a consumer by use of the mails or by telegram, except that a debt collector may use his business name if such name does not indicate that he is in the debt collection business....**

See *Douglass v. Convergent Outsourcing*, 765 F.3d 299 (3rd Cir. 2014).

## COUNT I

12. Given the foregoing, defendant violated the FDCPA.

WHEREFORE, judgment in favor of plaintiff, and against defendant, should be given, with the award of

    (1) statutory damages of up to $1,000 under 15 U.S.C. §1692k,

    (2) attorney's fees, litigation expenses and costs of suit, and

    (3) all other proper relief.

                                                      s/Daniel A. Edelman
                                                      Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN COMBS LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.   All rights relating to attorney's fees have been assigned to counsel.


s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
EDELMAN COMBS LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)